UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CARPENTER, | ) CASE NO. CV 13-00162 MMM (MRWx) |
| Plaintiff, | ) JUDGMENT FOR DEFENDANTS |
| vs. | ) |
| WASHINGTON & NORWALK ASSOCIATES LIMITED PARTNERSHIP, a California Limited Partnership; WATT PROPERTIES, INC., a California Corporation; NAM C. SHIN; FLAPJACKS, INC., a California Corporation; and DOES 1-10, | ) |
| Defendants. | ) |

On December 16, 2013, the court entered an order granting summary judgment in favor of defendants Washington & Norwalk Associates Limited Partnership, Watt Properties, Inc., Flapjacks, Inc., and S.Y.Y. Enterprises, Inc. (erroneously sued as Nam C. Shin) on plaintiff Jon Carpenter's claim for violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12010 *et seq*. The court declined to exercise supplemental jurisdiction over Carpenter's state law claims. Consequently,

1  IT IS ORDERED AND ADJUDGED

2  1. That plaintiff's claim for injunctive relief under the ADA is dismissed as moot;

3  and

4  2. That the clerk is directed to remand the action to the Los Angeles Superior Court

5  forthwith for further proceedings on plaintiff's remaining state law claims.

7  DATED: December 20, 2013

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2